IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LENIL COLBERT, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Class Action |
| | ) | |
| v. | ) | 07 C 4737 |
| | ) | |
| ROD R. BLAGOJEVICH, et al. | ) | Judge Joan Lefkow |
| | ) | Magistrate Valdez |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RULE 26(a)(1) DISCLOSURES**

Defendants ROD R. BLAGOJEVICH, in his official capacity as Governor of the State of Illinois; CAROL L. ADAMS, in her official capacity as Secretary of the Illinois Department of Human Services, BARRY S. MARAM, in his official capacity as Director of the Illinois Department of Healthcare and Family Services; and ERIC E. WHITAKER, M.D., in his official capacity as Director of the Illinois Department of Public Health, by their attorney, Lisa Madigan, Attorney General of Illinois, and Special Assistant Attorneys General Kerry Peck, Ray J. Koenig III and Timothy J. Ritchey on behalf of Governor Blagojevich, submit their Rule 26(a)(1) disclosures as follows.

I.  Individuals likely to have discoverable information that Defendants may use to support their claims of defense.

For purposes of this lawsuit, all employees listed are represented by the Attorney General's Office or Special Assistant Attorney General and may only be contacted through Defendants' attorneys. Defendants reserve the right to modify or supplement the list of individuals as the case proceeds. It may be that some individuals listed may not be used as witnesses in this case.

1

**Office of the Governor**

1. Ginger Ostro, Director of the Governor's Office of Management and Budget - Illinois State Budget overview, planning and policy.

2. John Frigo, Associate Director, Office of Management and Budget - Day to day operations, department programs and head counts, line items and other budgetary issues.

3. Mark Staley, Office of Management and Budget - Day to day operations, department programs and head counts, line items and other budgetary issues.


**Department of Human Services (DHS)**

1. Teri Dederer
   Department of Human Services - Division of Rehabilitation Services
   100 South Grand Avenue East
   Springfield, Illinois

   Ms. Dederer is likely to have discoverable information pertaining to the policies, procedures and rules of the Home Service Program, the Home and Community-Based Medicaid Waiver (hereinafter "HCBS waiver"), the Money Follows the Person grant, Community Reintegration Program, fiscal and budget issues, service cost maximums, and the history of the Home Services Program.

2. Canda Scott
   Department of Human Services - Division of Rehabilitation Services
   1429 South Main
   Jacksonville, Illinois 62650

   Ms. Scott is likely to have discoverable information pertaining to the polices, procedures and rules of the Home Service Program, Community Reintegration Program, program history, service cost maximums, the rapid reintegration pilot program, and the HCBS waiver.

3. Rob Kilbury
   Illinois Department of Human Services - Division of Rehabilitation Services
   100 South Grand Avenue East
   Springfield, Illinois

   Mr. Kilbury is likely to have discoverable information pertaining to the general oversight of the Division of Rehabilitation Services and the Home Services Programs.

4.   Kris Smith
     Illinois Department of Human Services - Division of Rehabilitation Services
     400 W. Lawrence
     Springfield, Illinois

     Ms. Smith is likely to have information concerning the Community Reintegration Program, the Rapid Reintegration Pilot Program, the Money Follows the Person grant, the Neighborhood Stabilization Program, the current activities of the Disabilities Services Advisory Committee and the Illinois Housing Developmental Authority grant.

5.   Cassie Laird
     Illinois Department of Human Services - Division of Rehabilitation Services
     400 West Lawrence
     Springfield, Illinois

     Ms. Laird is likely to have discoverable information regarding the budget and fiscal policies of the Home Services Program.

6.   Joe Hamlett
     Illinois Department of Human Services - Division of Rehabilitation Services
     2740 W. Grand
     Waukegan, Illinois

     Mr. Hamlett is likely to have discoverable information regarding the Community Reintegration Program, the HCBS Waiver, the Money Follows the Person grant, program history and the policies and procedures of the Home Services Program.

7.   Garland Burt
     Illinois Department of Human Services - Division of Rehabilitation Services
     2301 NE Adams
     Suite C
     Peoria, Illinois

     Mr. Burt is likely to have discoverable information regarding the Community Reintegration Program and the Money Follows the Person grant.

8.   Tiffany Blair
     Illinois Department of Human Services - Bureau of Community Programs
     100 S. Grand Avenue East
     First Floor
     Springfield, Illinois

      Ms. Blair has discoverable information regarding the budget submissions and process for the Division of Rehabilitation Services.

**Department of Healthcare and Family Services (HFS)**

For the purpose of this lawsuit, all employees of HFS are represented by the Office of the Attorney General and may be contacted only through the Defendants' attorneys.

1. Theresa Eagleson
   Administrator of the Division of Medical Programs

   Ms. Eagleson has information about HFS's administrative oversight of the Medicaid waiver program.

2. Jean Summerfield
   Special Assistant to the Director of HFS

   Ms. Summerfield has information concerning Long Term Care Programs for persons with disabilities.

3. Barbara Ginder
   Deputy Administrator, Division of Medical Programs

   Ms. Ginder has information about HFS's administrative oversight of the Medicaid waiver program.

4. Linda Roehrs
   Bureau Chief - HFS

   Bureau of Inter-Agency Coordination
   Ms. Roehrs has information about HFS's administrative oversight of the Medicaid waiver program.

5. Frank Kopel
   Bureau Chief
   HFS Bureau of Program and Reimbursement Analysis
   Mr. Kopel has information about information stored on HFS' information management systems.

6. Kelly Cunningham
   Bureau Chief

       HFS Bureau of Long Term Care
Ms. Cunningham has information concerning the screening process for entry into the system and the Long Term Care Program.

7.     Joseph Holler
   Acting Bureau Chief

   Bureau of Rate Development and Analysis – Division of Finance
   Mr. Holler has information about rate development.

**Illinois Department of Public Health (IDPH)**

1.     Jon Siegel, Chief, Quality Review Section, Division of Long-Term Care, Acting Chief of Division of Long-Term Care Quality Assurance

2.     Rick Dees, Associate Director, Division of Long-Term Care.

   Both Mr. Siegel and Mr. Dees have information about the Department's role in enforcing DPH requirements that facilities properly assess residents and provide discharge planning as appropriate pursuant to the Nursing Home Care Act and Subpart C of the Intermediate Care of the Developmentally Disabled Code (77 Ill. Admin. Code 350), and Subpart T and S of the Skilled Nursing and Intermediate Care Code (77 Ill. Admin. Code 300). They have knowledge concerning the Department's adoption of various provisions within the above-referenced sections of the administrative code. They have knowledge that the Department cites the federal requirements instead of the State requirements if there is a federal requirement that applies. They also have information about the enforcement process that goes into effect if a federal deficiency is cited, and the complaint process that can be utilized if someone believes that assessments or discharge planning is inadequate, up to and including the complainant's right to a hearing. In addition, both individuals have information about the training of the Department's surveyors who perform surveys and complaint investigations for long-term care facilities.

3.     Mark Danner, Chief, Budget and Fiscal Section, Office of Health Care Regulation.

   Mr. Danner has information concerning the cost of doing surveys. He can also discuss the projected cost if additional surveyors are needed to concentrate more time on the issue of discharge planning and comprehensive assessments during surveys.

4.     Patsy Swan, head of Long-Term Care Field Operations (DD Section).

>Ms. Swan has information concerning the survey process and how IDPH surveyors are trained to assess discharge planning, comprehensive assessments, and placement when investigating DD facilities.

5. Wanda Pasley, Supervisor, Southern Region, Long-Term Care Field Operations (DD Section).

   She also has information concerning the survey process and how IDPH surveyors are trained to assess discharge planning, comprehensive assessments and placement when investigating DD facilities.

6. Edith Stockey, Long-Term Care Field Operations

   She has information concerning the survey process and how IDPH surveyors are trained to assess those skilled facilities with Mentally Ill (MI) residents.

II. Documents, data compilations, and tangible thing in the possession, custody, or control of the Defendants and that the Defendants may use to support their claims and defense.

Unless otherwise noted, all documents listed below are available at the office of the Illinois Attorney General, 100 W. Randolph St., Suite 1300, Chicago, Illinois 60601, for inspection during regular business hours and/or arrangement for copying by Plaintiffs' counsel, at Plaintiffs' expense, at a mutually agreeable time.

To the extent Plaintiffs' counsel already has possession of certain documents listed below, copying and reviewing of such documents may be unnecessary and Defendants reserve all objections to any claim Plaintiffs might make for fees and/or costs based on copying and reviewing of such documents and any other documents Plaintiffs' counsel might have in their possession. Defendants' reserve the right to modify or supplement the list of documents as the case proceeds.

**Office of the Governor**

1. Illinois State Budget Book Fiscal Year 2009 and prior years - public information posted at http://www.state.il.us/budget/ ;

2. Other Budget Reports and Statements for 2009 and prior years including Illinois State Capital Budget Book Fiscal Year 2009, Quarterly Financial Reports, and Official Statements - public information posted at http://www.state.il.us/budget/.

**Illinois Department of Human Services**

1.  HCBS Waiver: Illinois Home and Community Based Services Waiver for Persons With Disabilities.

2.  Determination of Need Manual.

3.  Budget Documents.

    a. (Budget Briefing Books for fiscal years 2002-2008 already produced in *Ligas*;)
    b. 2009 Budget Briefing book forthcoming;
    c. FY07 Community Reimbursement Expenditures;
    d. FY08 Executive Summary Introduced to Veto;
    e. FY09 HSP Breakdown;
    f. FY08 10.31.07 Maintenance Req;
    g. Community Reintegration Cost Savings Summary FY06-08;
    h. Home Services Program Community Reintegration Cost Savings Analysis;

4.  Documents related to Rapid Reintegration Program.

    a. Memo explaining Pilot Program
    b. Draft Manual

5.  Documents related to the Community Reintegration Program.

    a. 2007 Annual Progress Report
    b. Final Report to IHDA FY07;
    c. Interagency Agreement w/ IHDA

6.  Money Follows the Person Operational Protocol.

7.  Neighborhood Stabilization Program.

    a.     http://www.dhs.state.il.us/page.aspx?item=40593

8.  Statutes/Rules.

    a. The Disabled Persons Rehabilitation Act, 20 ILCS 2405/1 et seq.
    b. 89 ILADC 505 et seq.
    c. 89 ILADC 113.261

9.  DHS web page for the Division of Rehabilitation Services.
    http://www.dhs.state.il.us/page.aspx?item=29727;

      a.      2008 Annual Report:
http://www.dhs.state.il.us/page.aspx?item=41283&newssidebar=27893

10. Case history files for the named plaintiffs.

11. DHS contract with Access Living of Metropolitan Chicago for HSP Reintegration for FY 06, FY07 and FY08.

12. List of Community Care Programs (CCUs) locations.

**Illinois Department of Healthcare and Family Services**

1. Illinois Home and Community Based Services Waiver for Persons With Disabilities (eff. October 1, 2004 through September 30, 2009, including requests and approvals.

2. Primary Interagency Agreement between Illinois Department of Public Aid and Illinois Department of Human Services eff. May, 2000.

3. Program Agreement Between Illinois Department of Public Aid and Illinois Department of Human Services Regarding the Division of Rehabilitation Services Home and Community-Based Services Waiver Programs, eff. November, 2004.

4. Documents related to the named plaintiffs, e.g. M.D.S. reports.

5. Money Follows the Person Operational Protocol Review Criteria, October 2007.

6. CMS Guidance on Money Follows the Person, July 16, 2007.

7. CMS Press Release Announcing Illinois Award, May 14, 2007.

8. Addendum to November 10, 2006 Money Follows the Person Application.

9. Enhancing Community Transitions – Narrative to Illinois' Money Follows the Person Application, November 1, 2006.

10. Money Follows the Person State Medicaid Directors Letter, August 17, 2006.

11. Money Follows the Person Rebalancing Demonstration, July 26, 2006.

12. Money Follows the Person Operation Protocol Cover Letter, October 31, 2008.

13. Money Follows the Person Rebalancing Demonstration Draft, April 30, 2008.

14. Money Follows the Person Rebalancing Demonstration Draft Appendices A, April 30, 2008.

15. Money Follows the Person Rebalancing Demonstration Draft Appendices B, April 30, 2008.

16. E-mails from Barb Ginder and Kelly Cunningham re: "Money Follows the Person" grant. These e-mails are currently being reviewed for privilege and will be made available to Plaintiffs' counsel when the privilege review is complete.

**Illinois Department of Public Health**

1. Illinois Administrative Code (77 Ill. Admin. Code 350, 77 Ill. Admin. Code 300).

2. Compliance Records, including but not limited to: violations/deficiencies relating to long term care facilities pursuant to complaint investigations, annual surveys/inspections and incident report investigations. These records also encompass plans of correction, resident records, treatment/medical records, social service progress notes and other long-term care records maintained at the facility and put together as part of the Department's Investigative Files. These Compliance Records may relate to issues of discharge planning. Confidential information involving complainant identity and protected health information is not subject to discovery. Privileged communications between the Department and its Legal staff as relating to compliance issues will not be subject to discovery. Confidential and Privileged Information will be redacted accordingly.

3. Federal Regulations pertaining to the issues of this case in which the Department's surveyors are trained in applying to surveys, inspections and investigations of those facilities where discharge planning is an issue for physically disabled residents.

 The defendants have subpoenaed and obtained from the various care facilities where the named plaintiffs resided, their medical records and care records. Copies of these records were made available to the plaintiffs at the time the facilities responded to the subpoenas.

III. Computation of damages claimed by disclosing parties: Not applicable

IV. Any insurance agreements which may be used to satisfy part or all of a judgment: Not applicable.

9

                                                Respectfully submitted,

LISA MADIGAN
Illinois Attorney General

/s/ Ray J. Koenig III
KERRY R. PECK
RAYMOND J. KOENIG III
TIMOTHY J. RITCHEY
Special Assistant Attorneys General
Peck, Bloom, Austriaco & Koenig, LLC
105 West Adams, 31st Floor
Chicago, IL 60603
(312) 201-0900
Rkoenig@peckbloom.com
*On Behalf of Defendant Blagojevich*

/s/Andrew L. Dryjanski
ANDREW L. DRYJANSKI
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, IL 60601
(312) 814-3632

Adryjanski@atg.state.il.us
*On Behalf of Defendants Blagojevich, Adams, Maram and Whitaker*

/s/ Karen Konieczny
KAREN KONIECZNY
Assistant Attorney General
Welfare Litigation Bureau
160 N. LaSalle Street, Suite N-1000
Chicago, Illinois 60601
(312) 793-2380
Karen.Konieczny@illinois.gov
*On Behalf of Defendant Maram*

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that, on January 16, 2009, he caused to be filed through the Court's CM/ECF system **DEFENDANTS' Rule 26(a)(1) Disclosures,** a copy of which was served on January 16, 2009, via the Court's Electronic Filing System to:

Counsel for Defendants:
Brent Stratton, Esq.: bstratton@atg.state.il.us
Rachel Jana Fleischmann, Esq.: rfleischmann@atg.state.il.us
Karen E. Konieczny, Esq.: karen.konieczny@illinois.gov
Peter C. Koch, Esq.: pkoch@atg.state.il.us
Meghan Maine, Esq.: mmaine@atg.state.il.us
Gladys M. Stevens, Esq.: gstevens@atg.state.il.us
Kerry Peck, Esq.: kpeck@peckbloom.com
Ray Koenig, Esq.: rkoenig@peckbloom.com
Timothy Ritchey, Esq.: tritchey@peckbloom.com

Counsel for Plaintiffs:
Laura Miller, Esq.: laura@equipforequality.org
Karen I. Ward, Esq.: Karen@equipforequality.org
Benjamin S. Wolf, Esq.: bwolf@aclu-il.org
Edward B. Mullen, III, Esq.: emullen@accessliving.org
Kenneth M. Walden, Esq.: kwalden@accessliving.org
Kimberly L. Borowicz, Esq.: kborowicz@accessliving.org

      I further certify that I served the foregoing document by first-class U.S. Mail, postage prepaid, upon the following counsel of record:

Stephen F. Gold
Law Offices of Stephen F. Gold
125 South Ninth Street, Suite 700
Philadelphia, PA 19107
stevegoldada@cs.com

      /s/Andrew L. Dryjanski
      ANDREW L. DRYJANSKI
      Assistant Attorney General
      General Law Bureau
      100 West Randolph Street, 13th Floor
      Chicago, Illinois 60601
      (312) 814-3632