**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LENIL COLBERT, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07 C 4737 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| ROD R. BLAGOJEVICH, in his official capacity as Governor of the State of Illinois, *et al.*, | ) ) ) ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' INITIAL STATUS REPORT**

Plaintiffs, through their counsel, hereby submit the following status report:

1. This lawsuit involves an already certified class of "all Medicaid-eligible adults with disabilities in Cook County, Illinois, who are being, or may in the future be, unnecessarily confined to nursing facilities and who, with appropriate supports and services, may be able to live in a community setting." Plaintiffs allege that Defendants, various Illinois state officials, are violating the Americans with Disabilities Act, the Rehabilitation Act of 1973, the Social Security Act, and the Nursing Home Reform Act by effectively requiring people with disabilities to enter nursing facilities in order to obtain long-term care and assistance, and thereby forcing them to forego liberty, privacy, independence, and the opportunity to live in the communities of their choice. Defendants deny the allegations in the Complaint. No counterclaims or third-party complaints have been filed.

2. Plaintiffs seek declaratory and injunctive relief, as well as attorneys' fees and costs as provided by applicable law. There is no present claim for monetary damages. Plaintiffs seek a declaration that Defendants' failure to provide Plaintiffs with services in the most

integrated setting appropriate to their needs violates Title II of the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, Title XIX of the Social Security Act, and the federal Nursing Home Care Act. Plaintiffs further request that the Court require Defendants (1) to inform Plaintiffs and class members that they may be eligible for community services and that they have the choice of such services; (2) to provide comprehensive assessments, evaluations and screenings to determine Plaintiffs' and class members' eligibility for community services, both prior to and after admission to nursing facilities; and (3) to provide, as appropriate, Plaintiffs and class members with long-term care services and supports in the community and refrain from providing long-term care only in institutions.

3. On February 25, 2009, District Court Judge Joan Humphrey Lefkow referred the case to this Court for purpose of holding proceedings relating to discovery supervision.

4. Also on February 25, 2009, prior to referring the case to this Court, Judge Lefkow ruled on the only outstanding discovery motion. (*See* Exhs. 1 (Motion), 2 (Response) and 3 (Order).) There are no other discovery motions pending. Plaintiffs have filed a Motion for Leave to Amend the Complaint to name Charles D. Johnson, Director of the Illinois Department on Aging, as a Defendant. That motion is fully briefed and pending before Judge Lefkow.

5. Plaintiffs served Interrogatories and Requests for Production of Documents on each of the Defendants on January 16, 2009. Pursuant to Judge Lefkow's Order, Defendants' responses to this discovery are due on March 20, 2009. Defendants have not served any discovery on Plaintiffs. To date, no depositions have been taken or scheduled. Prior to the scheduled status conference, Plaintiffs intend to serve deposition notices on various "persons most knowledgeable" under Fed. R. Civ. P. 30(b)(6). Plaintiffs also plan to depose various State

officials and employees, as well as third parties, in their individual capacity. Plaintiffs may also seek written and deposition discovery from third parties such as service providers and agencies that place people with disabilities in nursing facilities.

      6.      The parties do not consent to a trial before a Magistrate Judge.

      7.      On November 13, 2008, Judge Lefkow entered a Scheduling Order setting August 17, 2009, as the cut-off date for non-expert discovery and April 17, 2010 as the cut-off for expert discovery. (*See* Exh. 4.) Judge Lefkow has not yet set dates for submission of a pretrial order or for trial.

      8.      Plaintiffs believe that any settlement negotiations would be premature at this time.

Dated: March 11, 2009　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen D. Libowsky
　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiffs

Edward B. Mullen III　　　　　　　　　　　Stephen D. Libowsky
Kim Borowicz　　　　　　　　　　　　　　Angela M. Barry
ACCESS LIVING OF　　　　　　　　　　　HOWREY LLP
METROPOLITAN CHICAGO　　　　　　　321 North Clark Street
115 West Chicago Avenue　　　　　　　　Suite 3400
Chicago, Illinois 60610　　　　　　　　　　Chicago, IL 60654-2402
Tel: (312) 640-2100　　　　　　　　　　　Tel: (312) 595-1239
Fax: (312) 640-2131　　　　　　　　　　　Fax: (312) 264-0372

Karen I. Ward　　　　　　　　　　　　　　Stephen F. Gold
EQUIP FOR EQUALITY　　　　　　　　　125 S. Ninth Street, Suite 700
20 North Michigan Avenue, Suite 300　　　　Philadelphia, Pennsylvania 19107
Chicago, IL 60602　　　　　　　　　　　　Tel: (215) 627-7100
Tel: (312) 341-0022　　　　　　　　　　　Fax: (215) 627-3183
Fax: (312) 341-0295

Benjamin S. Wolf
THE ROGER BALDWIN
FOUNDATION OF
THE AMERICAN CIVIL
LIBERTIES UNION OF ILLINOIS
180 North Michigan Avenue, Suite 2300
Chicago, Illinois 60601
Tel: (312) 201-9740
Fax: (312) 201-9760

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I, Angela M. Barry, an attorney, hereby certify that on March 11, 2009, I caused the foregoing document entitled **Plaintiffs' Initial Status Report,** to be filed electronically via this Court's ECF filing system and served on all ECF-registered counsel of record via the ECF system electronic mail:

I further certify that I caused the foregoing document to be served by first-class U.S. Mail, postage prepaid, upon the following:

Kerry R. Peck, Peck, Bloom, Miller & Mitchell 105 West Adams 31st Floor Chicago, IL 60603

                                                            s/ Angela M. Barry
                                                              Angela M. Barry