aee *(handwritten)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LENIL COLBERT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 07 C 4737 |
| v. ) | |
| ) | Judge Joan Humphrey Lefkow |
| ) | Magistrate Judge Maria Valdez |
| PAT QUINN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the Joint Motion for Preliminary Approval of Consent Decree and Approval of Notice Plan ("Motion"). Having reviewed the Motion and supporting Memorandum, and being otherwise fully advised.

IT IS HEREBY ORDERED:

1. The Court preliminarily finds that the Consent Decree attached as Exhibit A to the Motion is within the appropriate range of fairness, adequacy and reasonableness.

2. The Court approves the Notice Plan attached as Amended Exhibit B to the Motion. Notice shall occur by publication, posting on the internet, and sending written notice via first class mail as follows:

    a) Defendants shall cause the notice set forth in Amended Exhibit B-1 to the Motion to be published in the *Chicago Sun-Times, Chicago Defender, Daily Herald, Southtown Star,* and *Pioneer Press.* Publication shall occur on at least a single business day within fifteen (15) business days from the date of preliminary approval of the Consent Decree.

b) Defendants shall post notice in the form attached as Amended Exhibit B-2 to the Motion on the following websites within five (5) business days from the date of preliminary approval of the Consent Decree and maintain that posting through and including the date of the fairness hearing set by this Court:

| | |
|---|---|
| Division of Mental Health of the Illinois Department of Human Services | http://www.dhs.state.il.us/page.aspx?item=29728 |
| Division of Rehabilitation Services of the Illinois Department of Human Services | http://www.dhs.state.il.us/page.aspx?item=29764 |

c) Plaintiffs' counsel shall post notice in the form attached as Amended Exhibit B-2 to the Motion on the following websites within five (5) business days from the date of preliminary approval of the Consent Decree and maintain that posting through and including the date of the fairness hearing.

| | |
|---|---|
| Access Living | www.accessliving.org |
| Equip for Equality | www.equipforequality.org |
| ACLU of Illinois | www.aclu-il.org |

d) Defendants shall arrange and pay for notice to be sent via first class mail in the form attached as Amended Exhibit B-2 to the Motion to all preadmission screening agencies in Cook County, Illinois, each of the disability rights advocacy organizations identified in the Parties' Notice Plan, and all nursing facilities located in Cook County, Illinois, with guidance for distribution to all nursing facility residents and their guardians, if any. All notices must be postmarked within fifteen (15) business days from the date of preliminary approval of the Consent Decree.

3. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Court will hold a fairness hearing regarding the fairness, reasonableness and adequacy of the proposed Decree on December 20, 2011, at 9:00 a.m. All Class Members, guardians or others who wish to participate in the fairness hearing, or comment on or object to the proposed Decree, shall send the objection, comment, and/or notice of intent to appear by November 22, 2011 to:

> Patricia A. Werner
> Access Living of
> Metropolitan Chicago
> 115 W. Chicago Ave.
> Chicago, IL 60654

Plaintiffs' counsel shall file with the Court all such submissions received in connection with the fairness hearing by December 9, 2011.

Entered: __August 30,__ 2011

Honorable Joan Humphrey Lefkow
United States District Court Judge