IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LENIL COLBERT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 07 C 4737 |
| v. ) | |
| ) | Judge Joan Humphrey Lefkow |
| ) | Magistrate Judge Maria Valdez |
| PAT QUINN, et al., ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION FOR APPROVAL OF CONSENT DECREE**

Plaintiffs Lenil Colbert, Kenya Lyle and Ernest Reeves, on behalf of themselves and all others similarly situated (Plaintiffs), and Defendants Pat Quinn, Michelle R.B. Saddler, Julie Hamos, Charles D. Johnson,[1] and Damon T. Arnold, in their official capacities (collectively, "the Parties"), jointly move this Court for an Order approving the proposed Consent Decree ("Decree") stipulated to by the Parties. For the reasons set forth in the Parties' Joint Submission in Connection with the December 20, 2011 Fairness Hearing and Memorandum in Support of Agreed Motion to Approve Consent Decree, the Parties respectfully request that this Motion be granted.

Dated: December 9, 2011                    Respectfully submitted,

---

[1] Since this lawsuit was filed, Charles D. Johnson has retired and Michael Holton has been named the Acting Director of the Department on Aging.

| For Plaintiffs | For Defendants |
|---|---|
| By: /s/Patricia A. Werner | By: (with consent of) Brent D. Stratton |
| Stephen D. Libowsky<br>SNR DENTON US LLP<br>233 South Wacker Suite 7800<br>Chicago, IL 60606 | Brent D. Stratton<br>Andrew L. Dryjanski<br>Office of the Attorney General of the State of Illinois<br>100 West Randolph Street, 12th Floor<br>Chicago, IL 60601 |
| Celiza P. Braganca<br>Patricia A. Werner<br>ACCESS LIVING OF METROPOLITAN CHICAGO<br>115 West Chicago Avenue<br>Chicago, IL 60654 | Karen Konieczny<br>Office of the Attorney General of the State of Illinois<br>160 North LaSalle Street, Suite N-1000<br>Chicago, IL 60601 |
| Stephen F. Gold<br>Law Offices of Stephen F. Gold<br>125 South Ninth Street, Suite 700<br>Philadelphia, PA 19107 | |
| Karen Ward<br>EQUIP FOR EQUALITY<br>20 N. Michigan, #300<br>Chicago, IL 60602 | |
| Benjamin S. Wolf<br>THE AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601 | |