IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LENIL COLBERT, et al., | ) |
|     Plaintiffs, | ) |
| v. | ) No. 07 C 4737 |
| | ) Judge Joan Humphrey Lefkow |
| | ) Magistrate Judge Maria Valdez |
| PAT QUINN, et al., | ) |
|     Defendants. | ) |

**AGREED MOTION FOR THE ENTRY OF JUDGMENT**

Pursuant to the Consent Decree (the "Decree") approved by this Court on December 21, 2011 (Doc. Nos. 209, 210), Class Plaintiffs and Defendants respectfully move this Court to enter Judgment in the amount of the costs and expenses and attorneys' fees incurred by Class Counsel, in accordance with the express terms of the Decree. (A Proposed Order is attached as Exhibit A.)

The Decree provides that in full settlement of all attorneys' fees and costs incurred in connection with the litigation, Defendants shall pay $1,200,000 to Class Counsel in three equal payments that shall be set forth in one or more Judgments to be entered by the Court. Defendants shall make the first payment from State Fiscal Year 2012 appropriations (the fiscal year ending on June 30, 2012), the second payment from State Fiscal Year 2013 appropriations (the fiscal year starting on July 1, 2012 and ending on June 30, 2013), and the third payment from State Fiscal Year 2014 appropriations (the fiscal year starting on July 1, 2013 and ending on June 30, 2014).

Pursuant to the Decree, Defendants must submit all of the necessary paperwork for the first payment, including any applicable interest, within (a) five business days after expiration of the time to appeal the Decree without the filing of a Notice of Appeal, or after the issuance of the mandate by the highest reviewing court, or (b) April 1, 2012, whichever is later. All paperwork necessary for the second payment must be submitted by Defendants no later than July 1, 2012, and for the third payment, the necessary paperwork must be submitted no later than July 1, 2013.

WHEREFORE, Class Plaintiffs and Defendants respectfully request that this Court enter the attached Judgment order providing for payment in the total amount of $1,200,000 to Class Counsel (as more fully set forth in the attached Proposed Order, Exhibit A) reflecting the agreed amount of attorneys' fees and costs incurred in connection with the litigation.

| | |
|---|---|
| Dated: January 5, 2012 | Respectfully submitted, |
| For Plaintiffs | For Defendants |
| By: /s/ Celiza P. Bragança | By: (with consent of) Brent D. Stratton |
| Stephen D. Libowsky<br>SNR DENTON US LLP<br>233 South Wacker Suite 7800<br>Chicago, IL 60606 | Brent D. Stratton<br>Andrew L. Dryjanski<br>Office of the Attorney General of the State of Illinois<br>100 West Randolph Street, 12th Floor<br>Chicago, IL 60601 |
| Celiza P. Bragança<br>Patricia A. Werner<br>ACCESS LIVING OF METROPOLITAN CHICAGO<br>115 West Chicago Avenue<br>Chicago, IL 60654 | Karen Konieczny<br>Office of the Attorney General of the State of Illinois<br>160 North LaSalle Street, Suite N-1000<br>Chicago, IL 60601 |
| Stephen F. Gold<br>Law Offices of Stephen F. Gold<br>125 South Ninth Street, Suite 700<br>Philadelphia, PA 19107 | |

Karen I. Ward
EQUIP FOR EQUALITY
20 N. Michigan, #300
Chicago, IL 60602

Benjamin S. Wolf
THE AMERICAN CIVIL LIBERTIES
UNION OF ILLINOIS
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601