IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LENIL COLBERT, et al., | ) |
| Plaintiffs, | ) |
| | ) No. 07 C 4737 |
| v. | ) |
| | ) Judge Joan Humphrey Lefkow |
| | ) Magistrate Judge Maria Valdez |
| PAT QUINN, et al., | ) |
| Defendants. | |

_____

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, January 12, 2012 at 8:30am we shall appear before the Honorable Joan Humphrey Lefkow, or any judge sitting in her place, in Courtroom 1925 of the Dirksen Federal Courthouse, Chicago, Illinois, and present the attached Agreed Motion for Entry of Judgment (Docket No. 211) a copy of which is attached and served on you.

Dated: January 5, 2012                   Respectfully submitted,

                                         /s/ Celiza P. Bragança

                                         Attorney No. 6226636
                                         Access Living of Metropolitan Chicago
                                         115 West Chicago Ave.
                                         Chicago, IL 60654
                                         312/640-2175

## CERTIFICATE OF SERVICE

I, Celiza P. Bragança, an attorney, hereby certify that on January 5, 2012 I caused to be electronically filed the Notice of Motion and Agreed Motion for Entry of Judgment with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Stephen D. Libowsky
SNR DENTON US LLP
233 South Wacker Suite 7800
Chicago, IL 60606

Celiza P. Braganca
Patricia A. Werner
ACCESS LIVING OF METROPOLITAN CHICAGO
115 West Chicago Avenue
Chicago, IL 60654

Karen Ward
EQUIP FOR EQUALITY
20 N. Michigan, #300
Chicago, IL 60602

Benjamin S. Wolf
THE AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601

Brent D. Stratton
Andrew L. Dryjanski
Office of the Attorney General of the State of Illinois
100 West Randolph Street, 12th Floor
Chicago, IL 60601

Karen Konieczny
Office of the Attorney General of the State of Illinois
160 North LaSalle Street, Suite N-1000
Chicago, IL 60601

I further certify that I caused the foregoing document to be served by first-class U.S. Mail, postage prepaid, upon the following:

Stephen F. Gold
Law Offices of Stephen F. Gold
125 South Ninth Street, Suite 700
Philadelphia, PA 19107

                                                  /s/ Celiza P. Bragança
                                                  Celiza P. Bragança