IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LENIL COLBERT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 07 C 4737 |
| v. ) | |
| ) | Judge Joan Humphrey Lefkow |
| ) | Magistrate Judge Maria Valdez |
| PAT QUINN, et al., ) | |
| Defendants. | |

_____

MOTION TO WITHDRAW

Celiza P. Bragança, Kimberly L. Borowicz, Kenneth M. Walden, and Patricia A. Werner, (collectively, "Access Living Attorneys") seek leave to withdraw as class counsel in the above-captioned case. In support of the Motion, Access Living Attorneys state as follows:

1. The Access Living Attorneys are employed by Access Living of Metropolitan Chicago. Access Living Attorneys served as counsel of record for Class Plaintiffs since the inception of this action.

2. Should the Court grant this Motion, the Class will continue to be adequately represented. Stephen D. Libowsky, of SNR Denton, will continue to serve as lead counsel for the Class. Benjamin Wolf of the ACLU of Illinois, Karen Ward of Equip for Equality, and Stephen Gold will continue to represent the Class as Class Counsel.

Wherefore, Access Living Attorneys respectfully request that this Court grant their Motion to Withdraw.

Respectfully submitted,

| | |
|---|---|
| /s/ Celiza P. Bragança<br>Celiza P. Bragança<br>Access Living of Metropolitan Chicago<br>115 West Chicago Avenue<br>Chicago, Illinois 60654 | /s/ Kenneth M. Walden<br>Kenneth M. Walden<br>Access Living of Metropolitan Chicago<br>115 West Chicago Avenue<br>Chicago, Illinois 60654 |
| /s/ Kimberly L. Borowicz<br>Kimberly L. Borowicz<br>Access Living of Metropolitan Chicago<br>115 West Chicago Avenue<br>Chicago, Illinois 60654 | /s/ Patricia A. Werner<br>Patricia A. Werner<br>Access Living of Metropolitan Chicago<br>115 West Chicago Avenue<br>Chicago, Illinois 60654 |