IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lenil Colbert, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 07 C 4737 |
| v. ) | |
| ) | Judge Joan H. Lefkow |
| Bruce Rauner, et al., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF JOINT EMERGENCY MOTION

To:   All counsel of record.

　　PLEASE TAKE NOTICE that on Tuesday, June 30, 2015, at 2:00 pm, or as soon as counsel may be heard, I shall appear before the Honorable Joan H. Lefkow in Room 2201 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached JOINT EMERGENCY MOTION FOR ENTRY OF AGREED ORDER, a copy of which is hereby served upon you.

Dated: June 30, 2015                               Respectfully submitted,

**For Plaintiffs**                                 **For Defendants**

By: /s/ Benjamin S. Wolf                           By: /s/ Brent D. Stratton
Benjamin S. Wolf                                   Brent D. Stratton
Gail E. Waller                                     Office of the Attorney General of the State
Roger Baldwin Foundation of ACLU, Inc.                of Illinois
180 N. Michigan Ave., Ste. 2300                    100 W. Randolph St., 12th Floor
Chicago, IL 60601                                  Chicago, IL 60601

Stephen D. Libowsky                                Karen Konieczny
Dentons US LLP                                     Illinois Attorney General's Office
233 S. Wacker, Ste. 5900                           160 N. LaSalle St., Ste. N-1000
Chicago, IL 60606                                  Chicago, IL 60601

Barry C. Taylor
Equip for Equality
20 N. Michigan Ave., Ste. 300
Chicago, IL 60602

Edward B. Mullen
2129 N. Western Ave.
Chicago, IL 60647

## **CERTIFICATE OF SERVICE**

      I, Benjamin Wolf, an attorney, hereby certify that I caused a true and accurate copy of the foregoing NOTICE OF JOINT EMERGENCY MOTION to be served upon all counsel of record via ECF on June 30, 2015.

                                            /s/ Benjamin S. Wolf