IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LENIL COLBERT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 07 C 4737 |
| v. ) | |
| ) | Judge Joan Humphrey Lefkow |
| JB PRITZKER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SEAL EXHIBIT

Pursuant to Civil Local Rules 5.8 and 26.2, Class Plaintiffs hereby move this Court for an Order authorizing Class Plaintiffs to file an unredacted version of Exhibit 4 to Class Plaintiffs' Reply Brief In Further Support Of their Objection (the "Reply") under seal. Class Plaintiffs seek to file Exhibit 4 to the Reply under seal because it contains extremely personal information of a Class Member and extremely sensitive information about medical judgments made as to that Class Member.

WHEREFORE, Class Plaintiffs respectfully request that this Court allow and authorize the filing of Exhibit 4 to Class Plaintiffs' Reply Brief In Further Support Of their Objection (the "Reply") under seal.

Dated: September 13, 2022              Respectfully submitted,

By: /s/ Stephen D. Libowsky

Stephen D. Libowsky
Manatt, Phelps & Phillips, LLP
151 N. Franklin Street, Suite 2600
Chicago, Illinois 60606
T: 312.477.4798
slibowsky@manatt.com

Heidi Dalenberg
Allyson M. Bain
ACLU of Illinois, Inc.
150 N. Michigan Ave., Suite 600
Chicago, Illinois 60601
T: 312.201.9740
hdalenberg@aclu-il.org
abain@aclu-il.org

Barry C. Taylor
Jin-Ho Chung
Andrea Rizor
Equip for Equality
20 North Michigan Avenue Suite 300
Chicago, Illinois 60602
312-341-0022
barryt@equipforequality.org
jinho@equipforequality.org
andrear@equipforequality.org

*Counsel for Colbert Class Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of September 2022, I caused the foregoing **Class Plaintiffs' Motion To Seal Exhibit** to be filed using the Court's CM/ECF system, thereby causing the same to be served on all counsel of record.

                                            /s/ Stephen D. Libowsky