# COLBERT CONSENT DECREE FY2024 IMPLEMENTATION PLAN

*Colbert v. Pritzker*, No. 07-cv-4737

I. **Introduction**

As agreed to by the Parties and Monitor of the *Colbert* Consent Decree, the following represents the Implementation Plan for Fiscal Year 2024 (FY24).

II. **Transition**

Defendants will transition 550 *Colbert* Class Members to Community-Based Settings by June 30, 2024.

III. **Substantial Compliance Planning**

The Parties and the Monitor will discuss and develop a Substantial Compliance Plan, including the framework for Reasonable Pace, by September 30, 2023.

The Substantial Compliance Plan will include Compliance Indicators developed by the Court Monitor which, subject to agreed modifications, will be used in all future years of implementation of the Decree to assess and monitor compliance. The Indicators will include metrics, subject to agreed modifications, the data needed to measure compliance (and a schedule to provide the necessary data), and the core methodology for how assessing and monitoring will be conducted, including the use of Quality Service Reviews.

The State will accomplish the following during FY24 to ensure the plan for Reasonable Pace and the overall Substantial Compliance Plan are based on reliable and accurate data:

1. The State will begin a review (and issue a written report quarterly on the progress of the review) of all Colbert Class Members (CMs) who are suspected of having severe dementia (as defined in the Consent Decree) and who therefore meet exclusionary criteria. Transitions will not be projected or planned for these CMs once the diagnosis of severe dementia is confirmed "by a physician not affiliated with a Nursing Facility."
2. Based in part on the nursing home census reported through PathTracker, the State will identify each Class Member who has never received Outreach, propose a schedule for providing Outreach, implement a strategy to ensure each of these CMs receives Outreach according to that schedule, and issue a written report quarterly on these efforts.
3. The State will work with UIC College of Nursing, in coordination with others who have expertise as needed, to improve the reliability and validity of its data in all areas that have been identified by the Court Monitor as necessary to monitor substantial compliance. The State will identify the weaknesses in the reliability and validity of the data and produce a written plan of how the necessary corrections will be made to assure data reliability and validity. The State will complete the implementation of its data improvement plan by June 30, 2024 and report on those efforts.

1

The State will implement a pilot with measurable objectives to expand and improve outreach to CMs using peers and report on the findings and recommendations by March 30, 2024, with a plan for systemwide implementation to be provided by June 30, 2024.

The State will continue to report on Outreach, Assessment, Service Planning, the Transition pipeline, and Transitions in the monthly data dashboards. Measures of compliance for these Transition-related activities will be set in the Substantial Compliance Plan.