IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LENIL COLBERT, *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | Civil Action No. 07 C 4737 |
| | ) | |
| v. | ) | Judge Lindsay Jenkins |
| | ) | |
| JB PRITZKER, in his capacity as Governor of the State of Illinois, *et al.*, | ) | Magistrate Judge Valdez |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Class Plaintiffs and Defendants, by their attorneys, hereby submit this Joint Status Report pursuant to this Court's Order of June 9, 2025 (Dkt. 505).

1. With the assistance of the Court Monitor, the Parties are continuing in their efforts to negotiate a mutually agreeable Implementation Plan for State fiscal year 2026 ("FY26"), which begins on July 1, 2025. The Parties likely will not reach agreement as to the required number of Transitions for FY26. Class Plaintiffs believe the number should be no fewer than 800 Transitions, while Defendants propose no fewer than 600 Transitions.

2. The Parties and Court Monitor propose that, if agreement on the terms of the FY26 Plan is not reached by July 15, 2025, Defendants will file their proposed draft Plan no later than July 22, 2025, Plaintiffs shall file any objections thereto by July 29, 2025 along with proposed alternative language for the disputed provisions, and Defendants shall file their response to Plaintiffs' objections by August 5, 2025.

3. As previously reported to the Court, Defendants currently are required to produce a multi-year Reasonable Pace Plan for Colbert Class Member Transitions by June 30, 2025.

Defendants will produce the Reasonable Pace Plan by June 30, and the Plan will contain the elements required under the FY25 Implementation Plan (*see* Docket No. 493) in this matter.

4. In addition, Defendants currently are required to produce by June 30, 2025 "a service and housing capacity assessment and plan to increase service and housing capacity to meet the needs" of Class Members who wish to Transition to the community. *Id.* at p.18. Defendants will produce these analyses and plans by June 30, and they will contain the elements required under the FY25 Implementation Plan.

5. The Parties recognize that Plaintiffs and/or the Court Monitor may have concerns regarding the sufficiency of the Reasonable Pace Plan, Housing Capacity Analysis, Service Capacity Analysis, and Housing and Service Capacity Development Plans that Defendants will produce on June 30, 2025. The Parties and Court Monitor have agreed upon a timeline for the prompt resolution of any such concerns, as follows:

- Within 14 days after Defendants produce the Plan or Analysis, Plaintiffs and the Court Monitor will provide their respective response thereto; and

- Within 14 days after such response is provided, the Parties and Court Monitor shall meet and confer regarding any unresolved issues.

The Parties and Court Monitor will attempt in good faith to resolve any disagreements regarding these materials. .

6. The Parties and Court Monitor respectfully propose that this matter be set for a status hearing during the week of August 25, 2025 at a time when the Court Monitor is available to attend in person.

Dated: June 23, 2025

| | |
|---|---|
| *Counsel for Plaintiffs* | *Counsel for Defendants* |
| By: /s/Stephen D. Libowsky | By: /s/Brent D. Stratton |
| Stephen D. Libowsky<br>Manatt Phelps, & Phillips, LLP<br>151 N. Franklin St.<br>Chicago, IL 60606<br>312-477-4798<br>slibowsky@manatt.com | Brent D. Stratton<br>Karyn L. Bass-Ehler<br>Office of the Illinois Attorney General<br>115 S. LaSalle St.<br>Chicago, IL 60603<br>(312) 814-3000<br>brent.stratton@ilag.gov<br>Karyn.bassehler@ilag.gov |

Heidi Dalenberg
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Ave., Suite 600
Chicago, IL 60601
(312) 201-9740
hdalenberg@aclu-il.org

Sujatha Branch
Jin-Ho Chung
Andrea Rizor
Equip for Equality
20 N. Michigan Ave., Suite 300
Chicago, IL 60602
(312) 895-7317
sujatha@equipforequality.org
jinho@equipforequality.org
andrear@equipforequality.org

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that, on June 23, 2025, he caused to be filed through the Court's CM/ECF system a copy of Joint Status Report. Parties of record may obtain a copy of this filing through the Court's CM/ECF system.

/s/ Brent D. Stratton

Brent D. Stratton
Karyn L. Bass-Ehler
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
312-814-3000
brent.stratton@ilag.gov
karyn.bassehler@ilag.gov

Attorneys for Defendants