**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Lenil Colbert, et al.
                        Plaintiff,

v.                                    Case No.: 1:07−cv−04737
                                             Honorable Lindsay C. Jenkins

JB Pritzker, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins:The hearing set for August 18, 2025 [507] is stricken and reset to an in−person status hearing on August 28, 2025 at 10:00 am in Courtroom 2119. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.